IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TANEESHA R. PARKER,            )<br>                                )<br>    Plaintiff,                  )<br>                                )<br>    v.                          )<br>                                )<br>VALLEY NATIONAL BANK            )<br>CORP., d.b.a. Valley Bank,     )<br>formerly known as              )<br>Aliant Bank,                   )<br>                                )<br>    Defendant.                  ) | CIVIL ACTION NO.<br>2:19cv782-MHT<br>(WO) |

## OPINION

Plaintiff filed this lawsuit asserting claims for race discrimination and breach of contract. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of November, 2020.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE